## DUNPHY v. THE POTRERO CO. and Others.

### No. 7067; November 28, 1884.

#### 4 Pac. 1171.

**Appeal.—A Person cannot Appeal from a Judgment Who is not a Party nor privy thereto, nor injured thereby.**

APPEAL from the Superior Court of the City and County of San Francisco.

T. J. Crowley and A. Campbell, Jr., for appellant; John A. Stanley for respondents.

By the COURT.—This appeal is by Laura A. Mowrie from a judgment rendered in favor of the plaintiff against the following named defendants, viz.: The Potrero Company, L. A.

Lowrie, John Edwards, Ah Wing, Ah Wun, and Henry F. Williams. The appellant was not a party nor privy to, nor a person aggrieved by, the judgment; therefore her appeal must be dismissed. It is so ordered.